ARTHUR C. DYER et al. *vs.* JESSIE E. VAUGHN et als.

Piscataquis County.　Decided June 8, 1911.　(No record received by the reporter.) The rescript says: "The evidence does not so clearly establish fraud in the assignment to the claimant as to require the court to reverse the decision of the presiding Justice that the assignment was valid. Exceptions overruled."